UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:09CV-P935-H

JAMES E. HOUSE                                                                   PLAINTIFF

v.

DANNY FACKLER *et al.*                                               DEFENDANTS

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's official-capacity claims against Steve Beshear, LaDonna Thompson, Rodney Ballard, and Desi Brooks are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted and for seeking monetary relief from Defendants who are immune from such relief.

**IT IS FURTHER ORDERED** that Plaintiff's individual-capacity claims against Ballard and Brooks, all claims against Martha Knox and Southern Health Partners, and Plaintiff's claim for injunctive relief are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted. Because no claims remain against Defendants Beshear, Thompson, Ballard, Brooks, Knox, and Southern Health Partners, the Clerk of Court is **DIRECTED** to terminate them from this action.

In addition, **IT IS FURTHER ORDERED** that Plaintiff's official-capacity claim against Defendant Fackler for retaliation and all claims concerning denial of access to the courts, lost property, conditions of confinement, Plaintiff's criminal prosecution, and the prosecution of any

other individual are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

Date:

cc: Plaintiff, *pro se*
 Defendants
 Bullitt County Attorney
4412.010