# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
# CIVIL ACTION NO. 3:09CV-935-H

JAMES E. HOUSE                                                                                **PLAINTIFF**

v.

DANNY FACKLER *et al.*                                                    **DEFENDANTS**

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on a motion for an emergency preliminary injunction by Plaintiff (DN 35). In the motion, Plaintiff states that he is housed at KCPC.[1] Plaintiff states that he was transferred there from Bullitt County Detention Center (BCDC) for medical testing on February 3, 2010, on a temporary basis. Plaintiff states that on January 26, 2010, before he was transferred to KCPC, BCDC Deputy Bratcher sexually and physically assaulted him. He also states that he was told by a jail trustee that he was going to be killed or hurt badly and that he was subjected to retaliation, abuse, and assault by jail deputies and Defendant Danny Fackler. Plaintiff states that he is about to be transferred back to BCDC from KCPC. He states that he fears that the BCDC staff will kill him if he is returned there.

Plaintiff filed a previous motion for transport to Louisville Metro Corrections (DN 26) and a letter requesting to be transferred, which the Court construes as a motion for transfer (DN 25). In the motions, Plaintiff states that he believes that his life is at risk and that he "was told by a trustee that [Jailer] Danny Fackler was talking to one of the Guards about hurting me, maybe even taking my life." The Court denied the motions on February 19, 2010, because Plaintiff's

---

[1] The Court takes judicial notice that KCPC is the Kentucky Correctional Psychiatric Center.

claim for injunctive relief was mooted by his transfer to KCPC. Since Plaintiff states that he is about to be returned to BCDC,[2] **IT IS ORDERED** that the memorandum opinion and order denying the motion for transfer (DN 31) is **VACATED**. The Clerk of Court is **DIRECTED** to send Defendant Fackler a copy of the motions for transfer (DNs 25 and 26), motion for emergency preliminary injunction (DN 35), and this Order via facsimile at the BCDC and via certified mail, return receipt requested. **IT IS ORDERED** that Defendant Fackler shall have **14 days** from the date of entry of this Order to respond to the motions for transfer (DNs 25 and 26) and motion for emergency preliminary injunction (DN 35). Because the motions for transfer and motion for emergency preliminary injunction make new allegations against Deputy Bratcher and others, the Court will also construe the motion for emergency preliminary injunction as a motion for leave to amend the complaint. Upon review, **IT IS ORDERED** that the motion for leave to amend the complaint (DN 35) is **GRANTED**. The Clerk of Court is **DIRECTED** to send Plaintiff a 42 U.S.C. § 1983 complaint form and affix the case number and "Fourth Amended Complaint" to the caption. Should Plaintiff wish to amend the complaint to add Deputy Bratcher as a Defendant or add any claims against Defendant Fackler or other individuals, he may do so on the form.

Date:

cc: Plaintiff, *pro se*
    Defendants
    Bullitt County Attorney
4412.010

---

[2]The Court notes that the VINE Link website shows that Plaintiff is currently in custody at the BCDC. *See* www.vinelink.com.